## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE FRANK KNAUF, <br><br> Debtor. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x | Chapter 7 <br><br> Case No.: 11.40064 (CEC) <br><br> **ORDER GRANTING MOTION FOR RELIEF FROM STAY** |

After notice and a hearing on ~~March 8~~***April 7 (CEC)***, 2011, Wilmington Trust as Trustee for GEMB Lending Inc.'s ("Movant") Motion for Relief from Stay dated February 8, 2011 ("Motion");

**IT IS HEREBY ORDERED** that the motion is granted the automatic stay of 11 U.S.C. § 362(a) is modified to permit the Movant and/or its successors and assigns, to ~~commence, continue and prosecute to judgment a ship mortgage foreclosure action and otherwise exercise its rights, if any~~***exercise all rights and remedies available to it under applicable law (CEC)*** with respect to a 2005 42 foot Silverton Yacht, Model No. 5426, Vin No.: STNAF250J405, Federal Documentation No. 1167402, and her engines, tackle and equipment in accordance with applicable federal law; ***and (CEC)***

10892240-v1

**IT IS FURTHER ORDERED** ~~that the (10)~~ *(14) (CEC)* ~~day stay Of Fed.R.Bankr.P. 4001(A)(3) is not applicable and Movant may immediately enforce and implement this Order~~*(CEC)*

**IT IS FURTHER ORDERED** that the case Trustee shall receive notice of any such monies that may exist after sale.

**SO ORDERED**



Dated: Brooklyn, New York
April 28, 2011

Carla E. Craig
**United States Bankruptcy Judge**