| UNITED STATES BANKRUPTCY COURT | 13-3589448 |
| EASTERN DISTRICT OF NEW YORK | |

------------------------------------------------------------

In Re:                                                Chapter 7

    **FRANK W. KNAUF,**                    Case No. 11-40064 (CEC)

                    Debtor.

------------------------------------------------------------

## ORDER AUTHORIZING THE RETENTION OF ATTORNEY FOR THE TRUSTEE

UPON reading the application (which application has been electronically filed with the Clerk of the Court) of ROBERT L. GELTZER, ESQ., Trustee (the "Trustee") for Frank W. Knauf (the "Debtor"), dated April 13, 2011, and the affidavit of Robert L. Geltzer, sworn to the 13th day of April, 2011, seeking the entry of an order pursuant to 11 U.S.C. § 327(a) and (d) and Bankruptcy Rule 2014, authorizing the retention of the Law Offices of Robert L. Geltzer ("Attorney") as Attorney, and after due deliberation it being determined that the relief requested is essential to the administration of this estate, and this Court being satisfied that the Attorney holds and represents no interest adverse to the Trustee, the Debtor, or the Estate, and that the Attorney is, and has been a disinterested person within the meaning of 11 U.S.C. §§ 101(14) and 327(a) in the matters upon which he is to be, and has been, engaged, and that his employment is necessary and would be in the best interests of the estate, and no notice hereof being required and sufficient cause having been shown therefor, it is hereby

ORDERED, that the Trustee be, and he hereby is, authorized to retain the Law Offices of Robert L. Geltzer, a disinterested person and one that does not hold or represent any interest adverse to the estate, as Attorney, pursuant to 11 U.S.C. §§327(a) and Rule 2014 and to be recompensed therefor upon the filing of a proper

application therefor to the Court and order issued pursuant to Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and any local bankruptcy rules of this District.

NO OBJECTION:

 /s/ Marylou Martin     5/3/11
FOR THE UNITED STATES TRUSTEE
Marylou Martin



**Dated: Brooklyn, New York
May 9, 2011**

_____
**Carla E. Craig
United States Bankruptcy Judge**