| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | 13-3589448 |

------------------------------------------------------------

In Re:                                    **Chapter 7**

    **FRANK W. KNAUF,**           Case No. 11-40064 (CEC)

              Debtor.

------------------------------------------------------------

## ORDER AUTHORIZING RULE 2004 EXAMINATION

      Upon the application of ROBERT L. GELTZER, ESQ., the trustee for the above-referenced Chapter 7 case (the "Trustee"), by his attorneys, the Law Offices of Robert L. Geltzer, for an Order pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 2004 directing and compelling Frank W. Knauf to produce certain documents to the Trustee, and to appear for a Bankruptcy Rule 2004 examination concerning the acts, conduct, property, liabilities and/or financial condition of the Debtor and/or any other matters which may affect the administration of the Debtor's estate, or right to a discharge; and, for good cause shown, it is hereby

      **ORDERED**, pursuant to FRBP 2004, that Frank W. Knauf produce to the Law Offices of Robert L. Geltzer, 1556 Third Avenue, Suite 505, New York, New York 10128 any and all documents, for a period of six (6) years immediately preceding the filing of the petition, of, and/or pertaining to, the Debtor including, without limitation, invoices, bank statements, statements of accounts receivable and payable, periodic credit card statements, bills, fronts and backs of cancelled checks, check stubs, ledgers, sales register tapes, passwords for computers, worksheets, work papers, notes, manual records, tax returns, investment and/or brokerage, retirements, 401(k) account statements, insurance policies, interests in other businesses and real estate, loan documents regarding any loans to and/or from related entities and their officers and directors and friends and relatives of Debtor, bank deposit slips, copies of checks received, back-up tapes and/or disks, contracts, agreements, lists of inventory and work-in-progress and/or any other fixed assets, major customers and suppliers, any papers and/or pleadings related to legal actions, correspondence, memoranda, etc., and any and all

documents relating to any transactions between and/or among the Debtor and any insider(s) of the Debtor, as that term is defined in the Bankruptcy Code, by August 29, 2011, at 10:00 a.m.; and it is further

**ORDERED**, that Frank W. Knauf appear on November 7, 2011 at 3:00 p.m., or at such later date as Trustee may designate, and at any adjournment(s) thereof, at the offices of the Law Offices of Robert L. Geltzer, 1556 Third Avenue, Suite 505, New York, New York 10128, for an examination pursuant to FRBP 2004 relating to the acts, conduct, property, liabilities, and/or financial condition, without limitation of, and/or related to, the Debtor, or any matter which may affect the administration of the estate, and any and all related matters; and it is further

**ORDERED**, that Frank W. Knauf be, and hereby is, directed to produce at the offices of the Law Offices of Robert L. Geltzer, for examination and copying, any documents subsequently requested by the Trustee as a result of information obtained from documents produced for, at and/or after the examination, and/or from the examination; and it is further

**ORDERED**, that the aforesaid attendance and the production of the documents may be compelled pursuant to the issuance and service of subpoenas <u>ad</u> <u>testificandum</u> and <u>duces</u> <u>tecum</u> under Federal Rule of Civil Procedure 45 made applicable to bankruptcy cases through FRBP 9016; and it is further

**ORDERED**, that the examination to be taken in this matter may be recorded by tape recorder to be operated by the Trustee or one of his employees. Each counsel may, at its own expense, arrange to have a qualified court reporter record the testimony simultaneously with the tape recorder and transcribe the same stenographically; and it is further

**ORDERED**, that the examination shall continue from day-to-day until completed; and it is further

**ORDERED**, that service by United States First Class mail of a copy of this Order and the Application upon which it is granted, and any subpoena issued pursuant to this Order

on Issa I. Abdullah, Esq., Melnick, Abdullah & Associates, LLP, 380 - 86th Street, 2nd Floor, Brooklyn, New York 11209, and Frank W. Knauf, 101 Chester Avenue, Brooklyn, New York 11218, on or before at least twenty (20) days prior to the Examination Date provided for herein shall be deemed good and sufficient service; and it is further

**ORDERED**, that any requirement under any Local Bankruptcy Rules for the submission of a memorandum of law with respect to the Application be, and the same hereby is, dispensed with and waived for the purposes of the Application.



**Dated: Brooklyn, New York**
**August 3, 2011**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**