UNITED STATES BANKRUPTCY COURT  13-3589448
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------
In Re:                              **Chapter 7**

    **FRANK W. KNAUF,**             Case No. 11-40064-CEC

                  Debtor.        **AFFIDAVIT OF SERVICE**
------------------------------------------------------------

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

    I, Audilyn Heywood, being duly sworn, say:

    I am not a party to this action, am over 18 years of age and reside at 5 Paerdegat 7th Street, Brooklyn, New York 11236.

    On August 5, 2011, I served the **Order and Application for Rule 2004 Examination and Subpoena** by depositing a true copy thereof enclosed in a post-paid wrapper, into an official depository in New York City and State, under the exclusive care and custody of the U.S. Postal Service, addressed to each of the following persons at the last known address set forth after each name:

| | |
|---|---|
| Issa I. Abdullah, Esq. | Frank W. Knauf |
| Melnick, Abdullah & Associates, LLP | 101 Chester Avenue |
| 380 - 86th Street, 2nd Floor | Brooklyn, NY  11218 |
| Brooklyn, NY  11209 | |

                                                       /s/ Audilyn Heywood
                                                       Audilyn Heywood

Sworn to before me this
5th day of August, 2011.

/s/ Robert L. Geltzer
        Notary Public

        ROBERT L. GELTZER
   Notary Public, State of New York
        No. 02GE1400580
   Qualified in New York County
  Commission Expires May 31, 2015